SEALED

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2009
CLERK, U.S. DISTRICT COURT
By ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **TO BE FILED UNDER SEAL** |
| | § | |
| vs. | § | No. |
| | § | |
| JOHN PATRICK NEWTON (1) | § | 3-09CR 103-D |

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii))

Beginning on or about a date unknown to the grand jury and continuing thereafter until May 30, 2008, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **John Patrick Newton**, and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to distribute and possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 846.

A TRUE BILL

FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

JAY DEWALD
Assistant United States Attorney
Texas State Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.4913
E-mail: jay.dewald@usdoj.gov

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2009
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOHN PATRICK NEWTON

3-09CR 103-D

SEALED INDICTMENT

21 U.S.C. § 846; and 21 U.S.C. §§ 841 (a)(1) and(b)(1)( B)(vii)
Conspiracy To Distribute a Controlled Substance

1 Count

A true bill rendered,

DALLAS FOREPERSON

Filed in open court this 8th day of April, A.D. 2009

Warrant to Issue

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~
No Criminal Complaint Pending

3-09CR 103-D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

SEALED

**Related Case Information**

Superseding Indictment: [ ] Yes [x] No  New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [ ] Yes [X] No  If Yes, number:

Search Warrant Case Number ______________________

R 20 from District of ______________________

Magistrate Case Number

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[X] Yes [ ] No

Defendant Name **JOHN PATRICK NEWTON**

Alias Name ______________________

Address ______________________

County in which offense was committed: DALLAS

2. **U.S. Attorney Information**

**AUSA JAY DEWALD** Bar # **TX 24001990**

3. **Interpreter**

[X] Yes [ ] No  If Yes, list language and/or dialect: Spanish

**WARRANT NEEDED**

RECEIVED
APR - 8 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4. **Location Status**

Arrest Date ______________________

[ ] Already in Federal Custody as of July 17, 2008
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **1**  [ ] Petty [ ] Misdemeanor [x] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846; and 21 U.S.C. §§ 841 (a)(1) and(b)(1)( B)(vii) | Conspiracy To Distribute a Controlled Substance | 1 |

Date APRIL 2  Signature of AUSA: ______________________

**JAY DEWALD**