ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3-08CR 236-G |
| | § | |
| ANGEL LOPEZ TORRES | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about July 1, 2008, in the Dallas Division of the Northern District of Texas, defendant, **Angel Lopez Torres**, was found in the United States after having been deported and removed therefrom on or about May 26, 1998, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

AARON WILEY
Assistant United States Attorney
Texas Bar No. 21467980
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.4100

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 5
CLERK, U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

3-08CR 236 G

THE UNITED STATES OF AMERICA

v.

ANGEL LOPEZ TORRES

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Re-Entry After Removal from the United States

1 Count

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 5th day of August, A.D., 2008.

Clerk

WARRANT TO ISSUE

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

ORIGINAL

**Related Case Information**

Superseding Indictment: [ ] Yes [X] No New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [ ] Yes [X] No If Yes, number:

Search Warrant Case Number ____________________

R 20 from District of ____________________

Magistrate Case Number:

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[ ] Yes [ ] No

RECEIVED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Defendant Name ANGEL LOPEZ TORRES

Alias Name ____________________

Address ____________________

County in which offense was committed: Dallas

2. **U.S. Attorney Information**

**AUSA AARON L. WILEY** **Texas State Bar # 21467980**

3. **Interpreter**

[X] Yes [ ] No If Yes, list language and/or dialect: SPANISH

4. **Location Status WARRANT TO ISSUE**

Arrest Date -

[ ] Already in Federal Custody
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **1** [ ] Petty [ ] Misdemeanor [X] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-Entry After Removal from the United States | 1 |

Date: July 24, 2008 Signature of AUSA: ____________________

AARON L. WILEY